**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TECHNOLOGY RESEARCH CORP.,

    Plaintiff,

v.                                CASE NO: 8:05-cv-1455-T-26TGW

TOWER MANUFACTURING CORP., and
FEDDERS CORP.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the parties' submissions, it is ordered and adjudged that Technology Research Corporation's (TRC's) perfunctory Motion for Summary Judgment (Dkt. 73) is denied. The Court is in complete agreement with Tower Manufacturing Corporation's (Tower's) contention that TRC's motion wholly fails to address the substantial body of evidence adduced in this case which precludes a determination as a matter of law that TRC did not tortiously interfere with Tower's business relationships as pleaded in count three of the counterclaim and that TRC did not violate the Sherman Act, 15 U.S.C. § 2, as pleaded in count four of the counterclaim.

**DONE AND ORDERED** at Tampa, Florida, on November 27, 2006.

                                        s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA
                                      UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record